Inmate Jyqwavous Whitaker LE#1803038



Right View





Left View



Restraint Chair