

inter
RADIOLOGY

# Global Diagnostic Services, Inc.

PO Box 83526
Conyers, GA 30013
Ph: (770) 602-0502
fax: (770) 200-1571

Report provided below represents finding reviewed by a radiologist for the purposes of rendering an impression as to the condition of the listed patient at the time of the performed x-ray study. Active disease will thus be determined based on the actual time the x-ray procedure was performed, not the time of the rendered interpretation. Report is based upon the radiographic examination, correlation with the clinical findings is essential.

## Type: Final Report

| | |
|---|---|
| DATE: | 13 September 2019 |
| FACILITY: | CLAYTON CO JAIL |
| PATIENT: | WHITAKER^JYQWAVOUS^ [M] 1803038 |
| D.o.B.: | 8/22/1997 |
| ROOM: | |
| EXAM: | SKULL |
| REASON: | NO HX OR DX GIVEN |
| PHYSICIAN: | SIMS |
| TECH: | |

## REPORT:

**PROCEDURE: 1**
**FINDINGS:**
Technique: Skull, 3 views Comparison: None. Findings: There is no definite radiographic evidence of acute fracture or dislocation. No lytic or sclerotic changes are noted. Paranasal sinuses are clear. The bony mineralization is normal. Soft tissues are unremarkable.

**IMPRESSION:**
Impression: 1. No definite radiographic evidence of skull fracture. 2. If there are persistent symptoms, follow up CT may be obtained as clinically warranted. 3. Paranasal sinuses clear.

Interpreting Radiologist:

Dr. Naiyer Imam, MD

The Protected Health Information contained in this fax is highly confidential. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare service to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such. If you have received this information in error please contact the above immediately.

This Fax was delivered via an automated Medical System

# DH: Dental Assessment

**WHITAKER, JYQWAVOUS M #201825955**

| | |
|---|---|
| JMS ID: | 1803038 |
| DOB: | 08/22/1997 |
| Age: | 22 |
| Height: | 6ft 2in |
| Weight: | 165 |
| Agency: | 1 |
| Location: | 4 3 315 M |
| Race: | B |
| Interviewer: | Dentist Mitchell, Kevin (09/13/2019 1026) |

PATIENT CARE: DENTAL ASSESSMENT FORM

| Allergies: | NKMA |
|---|---|
| Current Medications: | |
| REMARKS: | |

[Dental chart diagram showing teeth numbered 1-16 on top (Right to Left) and 17-32 on bottom]

**SUBJECTIVE:**

| Please Specify: | EMERGENCY EXAM: Chief Complaint: "My Tooth hurts." |
|---|---|

**OBJECTIVE:**

| Tooth #: | Trauma to the face |
|---|---|
| | Clinic exam reveal trauma to the face. History of multiple abrasions. Patient has upper and lower braces |
| Tooth #: | |

**ASSESSMENT:**

| Please Specify: | Trauma to the face |
|---|---|

**TREATMENT:**

| Please Specify: | No treatment indicated. |
|---|---|

**PLAN:**

| Education: | T-3 exam HQR (WNL)<br>Exam, Consultation, No Meds<br>Home care instructions. |
|---|---|
| Discharge Plan: | FOLLOW UP IF NEEDED |
| Date and Time of Next Visit: | 09/13/2019 |

| | | | |
|---|---|---|---|
| | SPO2 | 99.0 % | |
| General Appearance (Describe Injuries) | HEMATOMA ABOVE THE LEFT EYE. ABRAISION TO THE RIGHT FOREHEAD. INNNER LEFT LIP STUCK TO BRACES. | | |

**ASSESSMENT:**

| | | |
|---|---|---|
| Medically Clear for Iso-Seg NO CONTRAINDICATIONS FOR PLACEMENT IN ISO_SEG | ○ Yes<br>● No | SEEN BY PROVIDER AND INJURIES IN NEED OF ATTENTION ATTENDED TO HOWEVER INMATE WILL BE ADMITTED TO THE INFIRMARY. |

**PLAN:**

| | |
|---|---|
| Mental Health Referral | ○ Yes<br>● No |
| Referral to Medical Director/Midlevel Provider | ○ Yes<br>● No |
| Medication (SAM) returned to Medication Team | ○ Yes<br>● No |
| Place on Iso-Seg log and Iso-Seg Flow Sheet Initiated | ● Yes<br>○ No |
| Other: (Please Specify) | |

**EDUCATION:**

| | | |
|---|---|---|
| Staff Signature: | K. ALEXANDER AEMT | 09/12/2019 1013 |
| Chart reviewed by: (MD/MLP) | | |

# WHITAKER, JYQWAVOUS M

### #201825955

Sex: M
DOB: 08/22/1997 (Age 22)
Height: 6ft 2in
Weight: 165 lbs
BMI: 21.2
SSN: 258997966
Agency: 1
Location: 4 3 315 M
JMS ID: 1803038
Allergies:
NKMA

Medication
Medications

## Inactive Medication

| Medication | Start Date | End Date | Clinician | Status | Dist |
|---|---|---|---|---|---|
| ACETAMINOPHEN325MG<br>1 TAB [PO] By Mouth MEDS - BID<br>NDC: 00904198280<br>RXNorm: 904198280 | 09/14/2019 | 09/19/2019 | David Gowdy | ✓Approved<br>09/14/2019 0533<br>Discontinued | Sched |
| ACETAMINOPHEN325MG<br>2 TAB [PO] By Mouth MEDS - BID<br>NDC: 00904198280<br>RXNorm: 904198280 | 06/10/2019 | 06/15/2019 | MD Walter Smith | ✓Approved<br>06/10/2019 1511<br>Discontinued | Sched |
| AZITHROMYCIN250MG<br>4 TAB [PO] By Mouth MEDS - AM<br>NDC: 00781577631 | 01/09/2019 | 01/09/2019 | MD Byron Kelly | ✗Denied<br>01/10/2019 0000<br>Discontinued | Sched |
| CLINDAMYCIN HCL300MG<br>1 CAP [PO] By Mouth MEDS - BID<br>NDC: 63304069301 | 09/14/2019 | 09/19/2019 | David Gowdy | ✓Approved<br>09/14/2019 0533<br>Discontinued | Sched |
| GUAIFENESIN400MG<br>1 TAB [PO] By Mouth MEDS - BID<br>NDC: 43292056437 | 06/10/2019 | 06/13/2019 | MD Walter Smith | ✓Approved<br>06/10/2019 1511<br>Discontinued | Sched |
| Ibuprofen200<br>2 PO [PO] By Mouth MEDS - BID | 04/02/2019 | 04/05/2019 | MD Charles Clopton | ✗Denied<br>04/06/2019 0000<br>Discontinued | Sched |

# PC: Verbal/Telephone Order

**WHITAKER, JYQWAVOUS M #201825955**

| | |
|---|---|
| JMS ID: | 1803038 |
| DOB: | 08/22/1997 |
| Age: | 22 |
| Height: | 6ft 2in |
| Weight: | 165 |
| Agency: | 1 |
| Approval: | ✓ Approved - 09/12/2019 1533 |

| | |
|---|---|
| Location: | 4 3 315 M |
| Race: | B |
| Interviewer: | RN Barron, Letha (09/12/2019 1421) |

**VERBAL/TELEPHONE ORDER:**
Patient Care

| This form is to be used by NURSING STAFF for orders given under the direction of the PROVIDER: | | |
|---|---|---|
| ALLERGIES: | NKMA | |
| Order 1: (Ensure Note is Entered) | ☑ Medical Appt<br>☐ Mental Health Appt<br>☐ Dental Appt<br>☐ Medication Order<br>☑ Other (Please Specify): | Do visual exam tomorrow |
| Order 2: (Ensure Note is Entered) | ☐ Medical Appt<br>☐ Mental Health Appt<br>☐ Dental Appt<br>☑ Medication Order<br>☐ Other (Please Specify) | Give stat dose of Ibuprofen 800 mg po now<br>Clindamycin 300 mg po now |
| Order 3: (Ensure Note is Entered) | ☐ Medical Appt<br>☐ Mental Health Appt<br>☐ Dental Appt<br>☐ Medication Order<br>☐ Other (Please Specify) | |
| Order 4: (Ensure Note is Entered) | ☐ Medical Appt<br>☐ Mental Health Appt<br>☐ Dental Appt<br>☐ Medication Order<br>☐ Other (Please Specify) | |
| Order Given By: (Provider) | J. Sims , NP | 10/02/2019 |
| Order Received and Noted By: (Nursing Staff) | | |
| Provider Signature, Date and Time | | |

# PC: Isolation Segregation Admission Assessment

**WHITAKER, JYQWAVOUS M #201825955**

| | |
|---|---|
| JMS ID: | 1803038 |
| DOB: | 08/22/1997 |
| Age: | 22 |
| Height: | 6ft 2in |
| Weight: | 165 |
| Agency: | 1 |
| Approval: | ◯ Pending |
| Location: | 4 3 315 M |
| Race: | B |
| Interviewer: | Alexander, Krystal (09/12/2019 1017) |

**PATIENT CARE:**
Isolation Segregation Admission Assessment

| ALLERGIES: | NKMA |
|---|---|

**Admitted to Disciplinary Isolation - Segregation**

| Referred by: | ☐ Medical<br>☐ Mental Health<br>☐ Admin<br>☐ Security<br>☑ Disciplinary<br>☐ Other (Please Specify) | |
|---|---|---|
| Date and Time | | 09/12/2019 1010 |
| Reason: | ALTERCATION WITH OFFICER | |

**SUBJECTIVE:**

| Is the patient receiving Medical Care? | ● Yes ◯ No |
|---|---|
| Is the patient receiving Dental Care? | ◯ Yes ● No |
| Is the patient receiving Mental Health Treatment? | ◯ Yes ● No |
| Was there use of force involved? | ● Yes ◯ No |
| Is the patient on Direct Observation Therapy? | ◯ Yes ● No |
| Is the patient on Self-Administered Medications (SAM)? | ◯ Yes ● No |
| Is there a pending consultation? | ◯ Yes ● No |

Patient Account:

**OBJECTIVE:**

| | | | |
|---|---|---|---|
| Blood Pressure | 160 sys | 94 dia | |
| Pulse | 123 | beats per min | |
| Respirations | 20 | breaths per min | |
| Temperature | | °F | |
| Weight | | lbs | |
| Height | 6ft 2in | | |

| | |
|---|---|
| | ☑ NAD |
| | ☑ Appears Well |
| | ☐ Chronically Ill |
| | ☐ Toxic |
| Skin | ☑ Warm |
| | ☑ Dry |
| | ☑ Color Normal |
| | ☐ Tugor |
| | ☐ Elastic |
| HEENT | ☑ NC |
| | ☑ AT |
| | ☑ PERL |
| | ☑ EOM |
| | ☑ BTM's Gray |
| | ☑ Shiny |
| | ☑ +LR |
| | ☐ MMM |
| | ☐ OP |
| | ☐ Clear |
| Neck | ☑ Supple |
| | ☐ MLT |
| | ☐ JVD |
| | ☐ Nodes |
| | ☐ Bruits |
| | ☐ Meningismus |
| Resp / Thorax | ☑ CTA |
| | ☐ CWI |
| | ☐ =BCE |
| | ☐ Rales |
| | ☐ Rhonchi |
| | ☐ Wheezes |
| | ☐ Diminished |
| Cardiovascular | ☑ S1 |
| | ☑ S2 |
| | ☑ RRR |
| | ☐ S3 |
| | ☐ S4 |
| | ☐ Murmur |
| | ☐ Rub |
| | ☐ PMI |
| | ☐ ND |
| | ☐ CRT<2 secs |
| | ☐ Pulses 2+ |
| Abdomen | ☐ Soft |
| | ☐ NT |
| | ☐ ND |
| | ☐ ABS |

| | | |
|---|---|---|
| | ☐ HyperABS<br>☐ Tender<br>☐ Suprapubic<br>☐ RCVA<br>☐ LCVA<br>☐ RUQ<br>☐ LUQ<br>☐ RLQ<br>☐ LLQ<br>☐ Guarding<br>☐ Rebound<br>☐ Organomegaly<br>☐ Bruits<br>☐ Masses<br>☐ Hernia | |
| GU | ☐ Ext Genitalia WNL<br>☐ Vaginal Vault Pink<br>☐ Moist<br>☐ Rugae<br>☐ Rashes<br>☐ Lesions<br>☐ Matodor<br>☐ D/C | |
| Rectal | ☐ Normal tone<br>☐ Guaiac Positive<br>☐ Guaiac Negative<br>☐ Hemorrhoids | |
| MS / Extremities | ☑ **MAEW**<br>☑ **FROM**<br>☑ **MSS 5/5**<br>☐ Rashes<br>☐ Lesions<br>☐ Clubbing<br>☐ Cyanosis<br>☐ Edema | |
| Neurologic | ☑ **A/O x 3**<br>☐ SMVI<br>☑ **DTRs 2+ = Symmetrical**<br>☑ **No gross focal deficit**<br>☑ **CN II-XII**<br>☑ **Memory Intact**<br>☑ **Speech Clear**<br>☑ **Gait Steady**<br>☑ **Cerebellar Intact**<br>☐ CGS: E4____+V5____+M6 (Please Specify in Notes) | |
| Psych / MH | ☐ CIWA<br>☐ SAD | |

| Other: | |
|---|---|
| Clinical Decision Making: | |
| Clinical Impressions: | 1. chi/facial contusions/lip laceration -all resolved |
| Plan and Follow-up: | ☐ See Orders<br>☑ **Patient Education**<br>☐ Follow Up with |
| Discharge Plan: | ☐ Patient Education<br>☐ Follow Up With (Please Specify in Notes) |
| Signature MD/MLP: | J sims NP-C | 09/22/2019 1107 |