## Jail Records Search Detail

Skip to Main Content Logout My Account Search Menu New Jail Search Refine Search  Back                                  Help

**Booking #: 1244787**  **Atlanta Police Department**
Facility:  Booked: **11/28/2012**                           Released: **11/29/2012**

| | | |
|---|---|---|
| Name | **WINN , RAYMON SHEROD** | Desc **Black  Male  6' 5"   247 lbs** |
| Alias | | Hair **Black** |
| SO # | **P01036142** | Eyes **Brown** |
| Address | **ATLANTA , GA 30312** | |

| Warrant # | Charge | Issuing Auth | Offense Date | Bond/Type | Fine/Crt Costs | Disposition |
|---|---|---|---|---|---|---|
| EW068709 | BATTERY VISB HARM | MAGC | 09/22/2012 | 3,000.00 Other | | Other |
| | BATTERY VISIBLE HARM-MISD | | | 0.00 Other | | Other |