## Superior Court Criminal Case Inquiry

NEW SEARCH

| | | | |
|---|---|---|---|
| **Case Number:** | 2021CR02035  11 | **Assigned to:** | Judge R MACK |
| **Filing Date:** | 06/28/2021 | **Status:** | Pending |

### Case Parties

| Party Name | Party Type | Attorney Name |
|---|---|---|
| STATE OF GEORGIA | Plaintiff | |
| WINN RAYMON SHEROD | Defendant | MARTIN KEITH C |
| Cnt 1: CRU TO CHILD 1 | | |
| Cnt 2: SIMP BATT/FAM V | | |

Click 🔴 for additional information.                               **Docket Information**

### Case Docket Information

| Action Date | Docket Action | Description |
|---|---|---|
| 07/23/2021 | Atty Lv of Abs | LEA Atty KEITH C MARTIN |
| | | Defendant WINN RAYMON SHEROD |
| | | 07/23/2021-07/23/2021 07/29/2021-07/29/2021 |
| | | 08/04/2021-08/07/2021 08/19/2021-08/19/2021 |
| | | 08/25/2021-08/27/2021 |
| 07/23/2021 | Image Document | Notice of |
| | | Leave of Absence |
| 07/23/2021 | Image Document | Cert of Disc Provided by Deft |
| 07/23/2021 | Entry of Appear | Entry of Appearance |
| 07/23/2021 | Add Attorney | Atty MARTIN KEITH C |
| | | for WINN RAYMON SHEROD |
| 06/28/2021 | Case Filing | WINN RAYMON SHEROD - CT 2 |

| | | |
|---|---|---|
| | | Against WINN RAYMON SHEROD |
| 06/28/2021 | Case Filing | WINN RAYMON SHEROD - CT 1 |
| | | Against WINN RAYMON SHEROD |
| 06/24/2021 | Image Document | Accusation |
| 01/14/2021 | Image Document | Custodian of Physical Evidence |