IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JYQWAVOUS WHITAKER,<br><br>           Plaintiff,<br>v.<br><br>SHERIFF VICTOR HILL, in his individual and official capacities, as Sheriff of Clayton County Georgia and RAYMON SHEROD WINN, in his individual capacity, as a Clayton County Deputy Sheriff.<br><br>           Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-03781-AT-JSA |

**O R D E R**

Defendant Raymon Sherod Winn has moved this Court to stay all discovery in this case pending the resolution of his motion to dismiss plaintiff's complaint. It appearing that this Order is sought in good faith, and good cause having been shown, IT IS HEREBY ORDERED that the Motion to Stay All Discovery is GRANTED. All discovery in this case, including disclosures pursuant to Fed. R. Civ. P. 26 and L.R. 26.1, shall be stayed pending the final resolution of the pending motion to dismiss plaintiff's complaint.

SO ORDERED this ___ day of _____, 2021.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE