# Wayne Kendall

| | |
|---|---|
| **From:** | Kevin Thomas <Kevin.Thomas@claytoncountyga.gov> |
| **Sent:** | Friday, September 13, 2019 3:55 AM |
| **To:** | Victor Hill |
| **Cc:** | Anthony Washington; BenjaminManley; Benjamin Walker; Billy Butts; Demetris Johnson; Derrick Farmer; Elston Covington; Elvis Lynch; Gwenevere McCord; James Duhart; Jateela Robinson; John Brooks; Jorey Clark; Kendrix Burns; Leconte Jackson; Lewis Lyons; Maurice Johnson; Mitzi Bickers; Paul Barnes; Richard Moen; Robert Pauls; Roland Boehrer; Sagar Das; Tabatha Givens; Terrance Gibson; Tyrentheus Ray |
| **Subject:** | Re: Use Of Force/Restrain Chair |

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Clear sir

Sent from my iPhone



Kevin Thomas
**Kevin Thomas – Correctional Lieutenant**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4463 ext. 5687 **/ Cell:** 678-898-5420
**Fax:** 678-479-5399
**Email:** Kevin.Thomas@claytoncountyga.gov

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.


On Sep 12, 2019, at 10:35 PM, Victor Hill <Victor.Hill@claytoncountyga.gov> wrote:

> **This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**
>
> Special meal management for this inmate.
>
> VICTOR HILL - SHERIFF

Clayton County Sheriff's Office
9157 Tara Blvd
Jonesboro, GA 30236
Phone: 678-479-5350
Fax: 678-479-5358

AMOS 9:1-4

"An army of chickens led by an eagle will always defeat an army of eagles led by a chicken."

On Sep 12, 2019, at 2:58 PM, Kevin Thomas <Kevin.Thomas@claytoncountyga.gov> wrote:

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

| | |
|---|---|
| **Inmate's Name** | Jyqwavous Whitaker LE#1803038 |
| **Date of Arrest** | 08/08/2019 |
| **Arresting Agency/ Charges** | Clayton County Sheriff Office<br>• VGCSA<br>• Crim-damage 2nd<br>• Leaving Scene<br>• Reckless Driving<br>• Fleeing from Police<br>• Imp Signal<br>• Traffic Violation<br>• Assault-Aggrav<br>• Armed Robbery<br>• Fleeing from Police<br>• Obstr Officer |
| **Court/Court Date** | Criminal Motion 10/8/19 |
| **Holds** | None |
| **Bond Amount** | 112,000.00 |

| | |
|---|---|
| **Comments** | On 09/12/2019, at approximately 1030 hours, Operator R.Winn, #27629 was assisting with pill call in Housing Unit Two, Section Two. Operator Winn gave verbal commands to everyone to remain on the wall upon entering the section. Operator Winn observed Inmate Jyqwavous Whitaker,LE#1803038, doing pushups on the bottom of the steps with his uniform off. He gave him verbal commands to put on his uniform and face the wall. Inmate Whitaker just stared at him and smacked his teeth. He gave verbal orders again to face the wall. Inmate Whitaker began to put on his uniform and stood by the wall with his arms to his side and not behind his back. He advised Inmate Whitaker he would not continue telling him to place his arms behind his back. Inmate Whitaker smacked his lips and started button his uniform. Operator Winn instructed Inmate Whitaker to lie flat on his stomach on the floor as he approached him. He secured Inmate Whitaker's upper torso to assist him to the floor. Inmate Whitaker grabbed Operator Winn vest and Operator Winn quickly struck Inmate Whitaker twice with a closed fist in his facial area and placed him on the floor and placed handcuffs on him. Operator K. Clayborn arrived and assisted him with assisting Inmate Whitaker to his feet. They escorted him out of Section Two and placed him in the multi- purpose room. Paramedic K. Alexander arrived, checked and cleared Inmate Whitaker for Disciplinary Segregation. Inmate Whitaker had two knots on his forehead. Inmate Whitaker was escorted to the Infirmary and Operator Winn placed him in the Restraint Chair. He secured all the straps. Inmate Whitaker will remain in the Restraint Chair for a minimum of four hours and receive three days nutri-loaf. Sergeant D. Johnson took photos and will accompany this report. |

<image003.jpg>

<image005.jpg> *Kevin Thomas*

**Kevin Thomas – Correctional Lieutenant**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4463 ext. 5687 **/ Cell:** 678-898-5420
**Fax:** 678-479-5399
**Email:** Kevin.Thomas@claytoncountyga.gov