Inmate Jyqwavous Whitaker LE#1803038





Left View

Right View



Restraint Chair

