# Jail Records Search Detail

Skip to Main Content  Logout  My Account  Search Menu  New Jail Search  Refine Search   Back                                        Help

**Booking #:** 1244787  
**Facility:**  

Atlanta Police Department  
**Booked:** 11/28/2012  

**Released:** 11/29/2012

| | |
|---|---|
| Name | **WINN , RAYMON SHEROD** |
| Alias | |
| SO # | **P01036142** |
| Address | **ATLANTA , GA 30312** |

| | |
|---|---|
| Desc | **Black  Male  6' 5"   247 lbs** |
| Hair | **Black** |
| Eyes | **Brown** |

| Warrant # | Charge | Issuing Auth | Offense Date | Bond/Type | Fine/Crt Costs | Disposition |
|---|---|---|---|---|---|---|
| EW068709 | BATTERY VISB HARM | MAGC | 09/22/2012 | 3,000.00 Other | | Other |
| | BATTERY VISIBLE HARM-MISD | | | 0.00 Other | | Other |