# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISON

| | |
|---|---|
| JYQWAVOUS WHITAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| SHERIFF VICTOR HILL, in his individual ) | |
| and official capacities, as Sheriff of Clayton ) | |
| County Georgia and RAYMON SHEROD ) | 1:21-cv-03781-AT-JSA |
| WINN, in his individual capacity, as a Clayton ) | |
| County Deputy Sherriff ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JYQWAVOUS WHITAKER

JYQWAVOUS WHITAKER, acting in accordance with 28 U.S.C. § 1746, does hereby declare and say:

1. My name is Jyqwavous Whitaker. I am the Plaintiff in the above-captioned litigation, and I am submitting this declaration in support of my Amended Complaint for Damages filed on December 23, 2021. I am familiar with the issues involved in this litigation. I am over the age of eighteen (18) years and otherwise competent to testify about the statements made herein, which are made based upon my personal knowledge.

2. Before, I filed this lawsuit, I was subjected to unjustified punishment and intimidation by the Defendants that made Clayton County Sheriff's Office's

administrative grievance procedure, that was officially on the books, completely incapable of use to obtain relief.

3. In January of 2019, I was assaulted without reason or provocation by three officers from the Scorpion Team, a special disciplinary assault squad selected by Sheriff Victor Hill.

4. After this assault, though it was not in any way my fault, I was punished and intimidated with a disciplinary report ("DR") and put in the hole for eight to nine days.

5. On April 2, 2019, I was again assaulted by three officers from the Scorpion Team, including Deputy Burke and Deputy Williams, without reason or provocation.

6. After this assault, though it was not in any way my fault, I was given a DR and put in high max solitary confinement for approximately one month by Captain Peterkin, a member of the Scorpion Team.

7. On September 12, 2019, at approximately 10:30AM, the events giving rise to this action occurred. I was brutally and savagely assaulted by a former Clayton County Deputy Sheriff, Raymon Sherod Winn, a member of the Scorpion Team, without reason or provocation.

8. After this assault, though I did not disobey his commands, I was given a DR and punished for "fighting" – getting beat by Deputy Winn.

9. Deputy Winn is a huge man, about 6'5" with a body builder's physique.

10. Deputy Winn punched me in my head and face and beat my head into the concrete floor and grabbed me by the neck and choked me while I was on the floor on my stomach with my hands behind my back.

11. I lost consciousness as a result of his beating. When I regained consciousness, I was on the floor with knots on my head. A picture of how I looked after the beating is attached to my complaint in this case.

12. Because my injuries were very severe, I was taken to the medical ward where my braces were removed from being imbedded in my lips as a result of Defendant Winn's blows to my face and head.

13. While in the medical ward, I was also medically cleared to complete a four-hour administrative sentence in the restraint chair.

14. As Sargent Johnson, a member of the Scorpion Team, strapped me into the restraint chair, he said that I was being put in the chair "because I tried to swing on one of [his] officers." He also asserted that Lieutenant Thomas, a member of the Scorpion Team, ordered the restraint chair.

15. After four hours in the restraint chair, I spent one to two days in the infirmary, then I was sent to the hole.

16. I talked to my mother, Carlitha Whitaker, on September 12, 2019 and told her what Defendant Winn did to me. My mom made several attempts to communicate with Major Paul for the purpose of conducting a wellness check, and her attempts went unanswered. (See Exhibit "A").

17. On September 20, 2019, when I was still in the hole, my mom initiated a complaint with Internal Affairs on my behalf. (See Exhibit "A").

18. While I was in the hole, there was a female detainee in HU-3, Section 3, who could hear me through the ventilation system. I talked to her and asked her to call my mom. She relayed messages from me to my mom and relayed messages from my mom to me. When Clayton County Sheriff's Office found out that I was communicating with my mom through this female detainee, they put her entire housing unit on lockdown.

19. Defendant Winn visited me daily for approximately the first two to three weeks I was in the hole, delivering my serving tray, ordering me to clean my cell, and threatening me. He told me that I was a sissy for calling my mom. He told me that he was telling higher status detainees that I was a snitch. He told me that I "need to hurry up and take [my] ass home."

20. Because there is gang activity in the jail, once you are labeled by jail staff as a snitch then your life is in danger as the staff will allow known gang members into your cell to deliver a beat down.

21. When I had been in the hole for approximately twenty-four (24) days, I received an intercom message saying that Lieutenant Thomas wanted to see me in lower release.

22. Deputy Peterson, a member of the Scorpion Team, came to get me and took me to the "Law Law Building" where I was asked by Lieutenant Thomas what happened on September 12, 2019.

23. There was a camera in the room, so the exchange may have been captured on video.

24. I told Lieutenant Thomas the truth, that Defendant Winn brutally and savagely attacked me. I submitted a written statement. (See Exhibit "B").

25. I felt like Lieutenant Thomas was just taking my statement to appease my mom who had filed an Internal Affairs complaint and was calling the jail frequently asking a lot of questions.

26. The statement I provided to Lieutenant Thomas did not result in any relief. After I provided my statement to Lieutenant Thomas, I was returned to the hole. I believe I was returned to the hole because I would not recant what I told my mother about what happened to me. I spent a total of thirty-nine (39) days in the hole.

27. When I was released from the hole, I went through orientation again. Orientation consisted of directions about how to follow the rules such as obeying officers and when your bed should be made.

28. My lawyer showed me the statement made by Sgt. Kali Huitt that orientation consists of instructions on how to file a grievance. That statement is a lie. My orientation did not consist of any directions regarding the grievance procedure.

29. I have never been given orientation that included any instructions on the grievance procedure at the Clayton County jail.

30. During the thirty-nine (39) days I spent in the hole, I did not have access to the kiosk where grievances are supposed to be submitted.

31. In September of 2019, there was no grievance officer in my pod, HU-2, section 2.

32. Because of the threats made against me by Raymon Winn, I did not want to aggravate the situation more by filing a grievance which I could not file anyway because of the fact that there was no grievance officer in my pod.

33. I have made only one grievance while in the Clayton County jail that I can remember. Most of the time the kiosks don't work or are shut down by jail staff.

34. In March of 2019, I was in HU-6, section 1, where there was a kiosk. Despite this fact, the status of my only submission on March 9, 2019 is "not answered." The kiosk grievance system at the Clayton County jail is a joke and used by jail staff to label detainees as troublemakers if they use the system to report any serious infractions by jail staff members.

35. If you use the system to report misbehavior by jail staff then they will label you a snitch and allow other detainees in the jail to beat you.

36. As a detainee in the Clayton County jail, I fear physical retaliation just by making this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2021.

_____
Jyqwavous Whitaker

# *EXHIBIT "A"*



## Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

## COMPLAINT FORM

Name: Carli Whitaker / Jyqwavous Whitaker

Address: 8767 Dorsey Rd Riverdale Ga 30274

Phone Number(s): 678 7246766

E-mail Address: carli.whitaker.jw@gmail.com

Date of Birth: 03/01/76   08/22/97

Date & Time of Incident: Sept 12, 2019

Location of Incident: inside the jail

Witnesses: Name, address & phone number(s):

Officer involved Sherod Winn - 27629

Jyqwavous Whitaker - Clayton County Jail

Page 1 of 6



# Clayton County
## SHERIFF'S OFFICE

Victor Hill
Sheriff

**Officers/Deputies Involved: Name, rank and/or description:**

Corrections Officer Sherod Winn Employee # 27629

## DESCRIPTION OF INCIDENT
### (Please describe the incident in detail)

On Sept 12, 2019 on or around 5:15pm my son Jyqwavous Whitaker called stating that he was hurt by an officer Winn earlier that morning around 10:30am. Jyqwavous states he was in the jail dorm working out under the stairs. He states he was doing push ups & had his jump suit buttoned to his waist. Jyqwavous states he noticed officer Winn enter the dorm & was saying something. Jyqwavous states he got up from working out & started to button his jump suit. Jyqwavous states they were about to start pill call & he was getting up against the wall as he finished buttoned his uniform to entirely where the officer Winn started to yell & placed him in a choke hold, slammed h... the concrete hitting his face. Officer Winn

Page 2 of 6



# Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

### DESCRIPTION OF INCIDENT CONTINUED....

then struck him with his fist several times with closed fist. Jyqwavous states officer Winn lifted him by his neck in mid air until his feet was off the ground until he was unconcious. Jyqwavous states he doesn't recall anything after that. But woke up later in the infirmory of the jail. He didn't even recall what time it was. Jyqwavous states doctor had to removes his braces from being inlarged in his lip & he had 3 really large knots on his head. Sgt came in and stated he was sending him to lockdown, but doctor told him to leave him in infirmory. I disconnected the call & called Major Ferriar & Philip Price. I was contacted by Major Paul who advised that he read a little of the report & wanted to know what I was told about the incident. I advised Major Paul of what I was told by Jyqwavous & that me and family members were headed to the jail to speak to someone & do a well check. Paul advised that no one was there to speak to me at the time I could complete a report & that I would not be able to see Jyqwavous

Page 3 of 6



# Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

**DESCRIPTION OF INCIDENT CONTINUED....**

I asked why was my son being hidden from me. Paul stated he wasn't but he's being cared for. I asked Paul to look at the camera's to know what all took place & why this happened. I've sent several emails & phone calls no response from Major Paul since Sept 1st.

Written report concerns → Officer Winn remarks.

Winn states per his report that he saw Whitaker working out & asked him to get up against the wall but states Whitaker was buttoning his jump suit which means his hands weren't behind his back. Winn states he restrainned Whitaker because he smacked his teeth (Whitaker is mentally ill and suffers with impulse disorder)(uncontrollable behavior) Winn states he struck Whitaker twice to the face with a balled fist after Whitaker was taken to the ground & placed in cuffs. (why) Winn states his vest was touched by Whitaker (How in Cuffs) Winn stated he got assistance from Clayborn but he never mentioned he strangled Whitaker in mid air. Winn states he got assistance from ambulance and than place Whitaker in restraints for a total of 4 hours while he was unconcious. Winn states that Syquavous was in the infirmory

Page 4 of 6



# Clayton County
## SHERIFF'S OFFICE

Victor Hill
Sheriff

### DESCRIPTION OF INCIDENT CONTINUED....

Please advise why Winn instructed meal restrictions for Whitaker for a total of 3 days given nutraloaf while having a head injury/Concussion. Why was Winn an correction officer so involved medically. Is this policy & procedure? Does this officer have other write ups of obsessive force or anger issues this was taken overboard & he could have killed my son over a lip smacking that he can't control medically.

Official Code of Georgia 16-10-20 – False statements and writings; concealment of facts.

A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

I have read the above statement of the law of the State of Georgia and do hereby certify that all of the information provided in this complaint is true and correct.

Complainant's Signature: _____

Date & Time: Sept 20, 2019  11:51 am

Complaint Received by: Spain / Sgt  13062

Date & Time: 09/20/2019 @ 1203

Page 6 of 6

# *EXHIBIT "B"*

On 9/12/19 I was attacked by Officer Winn. I was not aggressive and I was not a threat. I did everything I was supposed to do without being asked to. I was brutally beaten for no reason. Officer Winn and Officer Clayborn came to housing 2. I did not know they were conducting pill call because I was behind the steps working out. After they flashed everybody to let them know they could get off the wall I thought they left. I went back to working out. When I realized pill call was being conducted I put my jumpsuit on and got on the wall without having to be told to. While I was on the wall Officer Winn stated that "He was going to beat my ass." I was slung to the ground and told to get on my stomach. I got on my stomach and put both hands behind my back. Officer Winn then punched me in the Jaw. I still remained on my stomach with both hands behind my back. Officer Winn grabbed me by my neck with both hands and proceeded to choke me out until I passed out. I don't know what happened after I woke up on the floor with knots all over my head and I couldn't see anything my vision was blurred. My braces was stuck to my lip. Officer Clayborn helped me to my feet and walked me out to the multipurpose room to be seen by the nurse. I went to medical for further treatment. The nurse who was doing pill call her name was Ms. Johnson. Officer Trotman and Officer Lett was also on the floor. I did nothing to deserve this type of treatment.

Dyquavius Whitaker
10/8/19

P Off Ca Kha Whitaker
11/12/19

11/12/2019