# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISON

| | |
|---|---|
| JYQWAVOUS WHITAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHERIFF VICTOR HILL, in his individual | ) |
| And official capacities, as Sheriff of Clayton | ) |
| County Georgia and RAYMON SHEROD | ) |
| WINN, in his individual capacity, as a Clayton | ) |
| County Deputy Sherriff | ) |
| | ) |
| Defendants. | ) |
| | ) |

CIVIL ACTION NO.

1:21-cv-03781-AT-JSA

## DECLARATION OF CARLITHA WHITAKER

CARLITHA WHITAKER, acting in accordance with 28 U.S.C. §
1746, does hereby declare and say:

1.      My name is Carlitha Whitaker.  I am the mother of Jyqwavous

Whitaker, Plaintiff in the above-captioned litigation, and I am submitting

this declaration in support of the Amended Complaint for Damages and

Demand for Jury Trial filed herein on December 23, 2021.  I am familiar

with the issues involved in this litigation.  I am over the age of eighteen (18)

years and otherwise competent to testify about the statements made herein,

which are made based upon my personal knowledge.

2.      My son has been assaulted numerous times during his incarceration without cause or provocation by members of the Scorpion Team, a special disciplinary assault squad selected by Sheriff Victor Hill of the Clayton County Sheriff's Office.

3.      During his incarceration, Jyqwavous has never been able to utilize the grievance procedure successfully to protect himself from members of the Scorpion Team who have repeatedly assaulted him.

4.      In fact, it seems like the members of the Scorpion Team have assaulted and intimidating Jyqwavous to prevent and discourage him from using the grievance procedure.

5.      On January 18, 2019 at approximately 6:49PM, Jyqwavous was beaten up by Deputies Bert and Clayborn, members of the Scorpion Team, without cause or provocation.  He was seriously injured.

6.      I had no contact with Jyqwavous because he was placed in the hole immediately.

7.      I was told he was written up for horseplaying in the shower. This didn't make sense to me.  I started calling, sending emails and demanding an investigation, including the pulling of camera footage.

8.      After an investigation, Deputies Berts and Clayborn, indicated that "they made a mistake."  Then, Jyqwavous was released from the hole.

2

This was the first incident.

9.      On April 2, 2019 at approximately 11:39AM, Jyqwavous was beaten up by Deputies Berts, Clayborn and Williams, members of the Scorpion Team, without cause or provocation.  They injured his eye and beat him in his face and head causing his braces to be imbedded in his lips.  He required stitches in his bottom lip.  After the assault, he suffered from chest tightness and shortness of breath.  He thought that his ribs were broken, but he was denied treatment for more than twenty (20) days.

10.      Jyqwavous was placed in maximum security isolation immediately.  When I received messages from other detainees that Jyqwavous was assaulted, and I was unable to get in touch with him, I made repeated calls to the Clayton County Sheriff's Office.  My calls were intercepted and transferred from department to department.

11.      I was not able to communicate with anyone in the Clayton County Sheriff's Office until I reached Major Mark Felgenhauer on April 19, 2019.

12.      I was able to communicate with Jyqwavous indirectly through a female inmate who relayed messages through the ventilation system.

13.      On April 22, 2019, I was permitted a wellness check.  I saw Jyqwavous for about fifteen (15) minutes.  We were alone for only five (5)

minutes.  Jyqwavous was guarded by two heavily armed officers in all black who I believe were members of the Scorpion Team.  He had handcuffs on his ankles and wrists.

14.     After the assault on April 2, 2019, I realized that Jyqwavous was being targeted, assaulted and intimidated by the Scorpion Team.

15.     As a result, on April 23, 2019, I filed two complaints with Internal Affairs for the assault on January 18, 2019 and the assault on April 2, 2019.  (See Exhibits "A" and "B").

16.     Jyqwavous was released from maximum security isolation shortly thereafter.

17.     On September 12, 2019 at approximately 10:30 AM, Jyqwavous was savagely beaten up by former Clayton County Sheriff's Office Deputy Winn, a member of the Scorpion Team.  He was badly injured and taken to the medical ward for treatment.

18.     While he was in the medical ward, a nurse permitted Jyqwavous to make a phone call to me.

19.     During the call, he told me that "this dude just beat me so bad, I thought that he was going to kill me."  He said that he had been unconscious due to Deputy Winn picking him up by his neck.  He sounded afraid.  He said that we had to get him out of the jail.  He directed me to get the medical

records and the camera footage.

20.    I called the medical ward to get updates on Jyqwavous'
condition, and I was told by Captain Peterkin, a member of the Scorpion
Team, "all I can tell you is that he is alive."

21.    I decided that the first thing I needed to do was request
Jyqwavous' medical records.  I also requested Deputy Winn's badge
number.  I finally obtained it after a lack of cooperation from the supervisor.
I was not able to get a copy of the disciplinary reports for Jyqwavous from
classification.

22.    After I collected as much information as I could, I went to
Internal Affairs on September 20, 2019 and made a formal complaint.  (See
Exhibit "C").

23.    I also went to classification and asked to speak to Lieutenant
Gibson.  Lieutenant Gibson said that Jyqwavous "started a fight that he
couldn't finish."  I asked if there was any camera footage, and he laughed at
me.

24.    Shortly after I left the Clayton County jail, Lieutenant Gibson
allowed Jyqwavous to call me from an unfamiliar jail phone number.
Jyqwavous was not speaking freely as if the call was monitored.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2021.

Carlitha Whitaker

# *EXHIBIT "A"*



## Clayton County
# SHERIFF'S OFFICE



Victor Hill
Sheriff

## COMPLAINT FORM

**Name:** Carli Whitaker / Jyqwavous Whitaker

**Address:** 8767 Dorsey Rd Jonesboro, Ga 30274

**Phone Number(s):** 678 724 6766

**E-mail Address:** Carli.whitaker.jw@gmail.com

**Date of Birth:** 03/01/76

**Date & Time of Incident:** Jan 18, 2019   649 pm

**Location of Incident:** Jail Housing Unit 2

**Witnesses: Name, address & phone number(s):**

Jyqwavous Whitaker, 8767 Dorsey Rd
Jonesboro, Ga 30274

Page **1** of **4**



## Clayton County
# SHERIFF'S OFFICE



Victor Hill
Sheriff

**Officers/Deputies Involved:  Name, rank and/or description:**

(SRT Bert & Clayborn)

_____

_____

_____

_____

_____

### DESCRIPTION OF INCIDENT
### (Please describe the incident in detail)

On Jan 18, 2019 I recieved a call from an
inmate at Clayton County Jail stating the SRT
had beat my son Jygwavous really bad. I called
the jail & was told Jygwavous was on lock down for
jumping around the shower on Dec 30, 2018. After
this is clearly not sounding like Jygwavous I called
back & spoke to classification who stated Jygwavous
was in someone else's ceil & refused to leave during
lock down. Jail Major gave me a call to check on
my concerns & sent Jygwavous to medical to have
an exam & take pictures. When speaking to Jygwavous



## Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

## DESCRIPTION OF INCIDENT CONTINUED....

he states officer was forcing him into someone else's ceil & he kept telling the officer it wasn't his ceil that he was locking him into. Officer called SRT for assistance. SRT Bert & Clayborn beat him inside the ceil, then pulled him out the ceil in handcuffs slamming his face to the concrete & Clayborn takes his fist punching Jygwavous in his eye causing him injury. When taken to medical nurse writes in the report that he had a fight with another inmate

Official Code of Georgia 16-10-20 – False statements and writings; concealment of facts.

A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

I have read the above statement of the law of the State of Georgia and do hereby certify that all of the information provided in this complaint is true and correct.

Complainant's Signature: _____

Date & Time: 4/23/19    3:15 pm

Complaint Received by: Sgt. Echols

Date & Time: 4/23/2019

# EXHIBIT "B"



Clayton County
# SHERIFF'S OFFICE



Victor Hill
Sheriff

## COMPLAINT FORM

**Name:** Carli Whitaker for Jyqwavous Whitaker

**Address:** 8767 Dorsey Rd Jonesboro, Ga 30274

**Phone Number(s):** 678 724 6766

**E-mail Address:** carli.whitaker.jw@gmail.com

**Date of Birth:** 03/01/76

**Date & Time of Incident:** 04/02/19   11:39 am

**Location of Incident:** Inside the jail housing unit (4)

**Witnesses: Name, address & phone number(s):**

Jyqwavous Whitaker  8767 Dorsey Rd Jonesboro, Ga 30274

Page 1 of 4



**Clayton County**
# SHERIFF'S OFFICE

Victor Hill
Sheriff

### DESCRIPTION OF INCIDENT CONTINUED....

I sent an email to Victor Hills office attaching the message from the kiosk Jyqwavous sent me. Lt Price gave me a call providing emails to Peter kin & Barnes to inquire, the Major was out of the office. I sent Jasmine Sims, Jyqwavous down the jail to speak to someone & she was told Jyqwavous was placed on 2 man security & she could not be told for what. I sent an email to the jail Major an a few days later 4/6/19 I recieved a call from Captain Paul. Paul stated Jyqwavous was placed on lockdown for not following protical, stating he had 2 county uniforms & should only have one. When addressed by officers Williams, Bert, & Clayborn he refused to face the wall in a military stand. Paul states per the report Jyqwavous was saying repeatly he was going home soon, he was not going to be locked up for long. And one officer stated Jyqwavous said he knew where he lived. When I asked Paul if he had taken statements from anyone else present he stated only on officer. I asked Paul to investigate because that didn't sound like



**Clayton County**
# SHERIFF'S OFFICE



Victor Hill
Sheriff

## DESCRIPTION OF INCIDENT CONTINUED....

Juqrwavous & that these where the same officers that jumped on him before on Jan 18, 2019 an this made no sense. On 4/19/19 I reached out to the jail Major to do a well check on Juqrwavous explain my concerns. Major reached out allowing me to see Juqrwavous on Monday 4/22/19. When visiting Juqrwavous explained that Captain Paul had visited him in security & asked what had taken place.

Official Code of Georgia 16-10-20 – False statements and writings; concealment of facts.

A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

I have read the above statement of the law of the State of Georgia and do hereby certify that all of the information provided in this complaint is true and correct.

Complainant's Signature: _____

Date & Time: 4/23/19   2:55pm

Complaint Received by: Sgt. E Cross

Date & Time: 4/23/2019



## Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

**DESCRIPTION OF INCIDENT CONTINUED....**

Jyqwavous explains that on 4/2/19 Williams (SRT) had came to his cell door requesting to uniform laying on the top bunk which belonged to his bunk-mate. Jyqwavous states he took the uniform & threw it on the outside of his door for the trustee to retrieve and left his cell to go to lunch. After eating lunch Jyqwavous states he was at the kiosk & (SRT) Williams approached him with Bert & Clayborn calling him into his cell. States he stepped into his cell & Williams ask why he didn't do what was asked of him with the uniform. Jyqwavous states he smacked his lips stating it's not my job I took it down the trustee comes to pick it up. Jyqwavous states (SRT) Bert's grabbed him from behind in a choke hold stating he will drop him on his back & damp him on his head. Jyqwavous continues to smack his lips officers beat him up. As officers are hitting him Jyqwavous repeats that he's not going to be locked up long, he's getting out soon repeatly (Impulse Disorder)(PTSD) Jyqwavous states William says all you had to do is do what you where told. Jyqwavous states that I'm going to contact Internal Affairs. States William's says he will kill Jyqwavous up in this cell says "I will kill you in this cell."

# EXHIBIT "C"



Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

## COMPLAINT FORM

**Name:** Carli Whitaker / Jyqwavous Whitaker

**Address:** 8767 Dorsey Rd Riverdale Ga 30274

**Phone Number(s):** 678 7246766

**E-mail Address:** Carli.whitaker.jw@gmail.com

**Date of Birth:** 03/01/76   08/22/97

**Date & Time of Incident:** Sept 12, 2019

**Location of Incident:** Inside the jail

**Witnesses: Name, address & phone number(s):**

Officer involved  Sherod Winn — 27629

Jyqwavous Whitaker — Clayton County Jail

Page 1 of 6



**Clayton County**
# SHERIFF'S OFFICE

Victor Hill
Sheriff

**Officers/Deputies Involved:  Name, rank and/or description:**

Corrections Officer Sherod Winn   Employee # 27629

_____

_____

_____

_____

### DESCRIPTION OF INCIDENT
### (Please describe the incident in detail)

On Sept 12, 2019 on or around 5:15 pm my son
Jyqwavous Whitaker called stating that he was
hurt by an officer Winn earlier that morning
around 10:30 am. Jyqwavous states he was in
the jail dorm working out under the stairs. He
states he was doing push ups & had his jump suit
buttoned to his waist. Jyqwavous states he noticed
officer Winn enter the dorm & was saying something.
Jyqwavous states he got up from working out &
started to button his jump suit. Jyqwavous states
they were about to start pill call & he was getting
up against the wall as he finished buttoned his
uniform to entirely <span>Page 2 of 6</span> where there officer Winn
started to yell & placed him in a choke hold, slammed
h___ __ the concrete hitting his face. Officer Winn



Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

### DESCRIPTION OF INCIDENT CONTINUED....

then struck him with his fist several times with closed fist. Jyqwavous states officer Winn lifted him by his neck in mid air until his feet was off the ground until he was unconcious. Jyqwavous states he doesn't recall anything after that. But woke up later in the infirmory of the jail. He didn't even recall what time it was. Jyqwavous states doctor had to removes his braces from being inlarged in his lip & he had 3 really large knots on his head. Sgt came in and stated he was sending him to lockdown, but doctor told him to leave him in infirmory. I disconnected the call & called Major Ferriare Philip Price. I was contacted by Major Paul who advised that he read a little of the report & wanted to know what I was told about the incident. I advised Major Paul of what I was told by Jyqwavous & that me and family members were headed to the jail to speak to someone & do a well check. Paul advised that no one was there to speak to me at the time I could complete a report & that I would not be able to see Jyqwavous



## Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

### DESCRIPTION OF INCIDENT CONTINUED....

I asked why was my son being hidden from me.
Paul stated he wasn't but he's being cared for.
I asked Paul to look at the camera's to Know
what all took Place & why this happened. I've
Sent several emails & phone calls no response from
Major Paul since Sept 1st.

Written report concerns → Officer Winn remarks.

Winn states per his report that he saw
Whitaker working out & asked him to get up
against the wall but states Whitaker was
buttoning his jump suit which means his
hands weren't behind his back. Winn
states he restrained Whitaker because
he smacked his teeth (Whitaker is mentally ill
and suffers with impulse disorder)(uncontrollable behavior)
Winn states he struck Whitaker twice to the face
with a balled fist after Whitaker was taken
to the ground & placed in cuffs. (why) Winn
States his vest was touched by Whitaker (How in Cuffs)
Winn stated he got assistance from Clayborn but
he never mentioned he strangled Whitaker in mid air.
Winn states he got assistance from ambulance
and than place Whitaker in restraints for a total
of 4 hours while he was unconcious. Winn
states that Syquavous was in the infirmory

Page 4 of 6

TCP



Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

## DESCRIPTION OF INCIDENT CONTINUED....

Please advise why Winn instructed meal restrictions for Whitaker for a total of 3 days given nutraloaf while having a head injury/Concussion. Why was Winn an correction officer so involved medically. Is this policy & procedure? Does this officer have other write ups of obsessive force or anger issues this was taken over board & he could have killed my son over a lip smacking that he can't control medically.

Official Code of Georgia 16-10-20 -- False statements and writings; concealment of facts.

A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

I have read the above statement of the law of the State of Georgia and do hereby certify that all of the information provided in this complaint is true and correct.

Complainant's Signature: _____

Date & Time: Sept 20, 2019    11:51 am

Complaint Received by: Spain / Sgt ____ 13062

Date & Time: 09/20/2019 @ 1203