**Report - Inmates Grievance History Detail**

| | | | |
|---|---|---|---|
| Inmate Name | JYQWAVOUS WHITAKER | Inmate ID | 1803038 |
| Created | 03/09/2019 2:04:48 pm EDT | Request ID | 124824 |
| Location | 6104T | Kiosk | H6 - 1L |
| Assigned To | (all) | Kiosk ID | 7632 |
| Status | New | Status Entered | (not answered) |
| Status By | (not answered) | Classification | (no classification assigned) |

Grievance: keefe was supposed put 9$ back on my books because i didnt recieve 10 soups that i ordered can you please put it back on there

Admin Notes

Notes to Inmate

---

| | | | |
|---|---|---|---|
| Inmate Name | JYQWAVOUS WHITAKER | Inmate ID | 1803038 |
| Created | 05/19/2021 3:14:02 pm EDT | Request ID | 354045 |
| Location | 1-402T | Kiosk | VV HU1 - 1 |
| Assigned To | (all) | Kiosk ID | 11860 |
| Status | Resolved Substantiated | Status Entered | 05/26/2021 07:26:01 am EDT |
| Status By | K Crews | Classification | (no classification assigned) |

Grievance: i was moved from the infirmary to a long term medical unit which is housing unit 1 dorm 4. The kiosk are blocked in the dorm we was only able to order off the visitation kiosk. They lying saying i did not have my order in because i had my family call and the supervisor had a attitude. So can we please get our kiosk unblocked in housing unit 1 pod 4 or can our order be accepted from the visitation kiosk. I go to store every week i know when the order is supposed to be in. I am not asking for something im not supposed to have.

Admin Notes

Notes to Inmate WILL SPEAK TO SOMEONE TODAY TO GET THIS RESOLVED IF IT HASNT BEEN ALREADY

| | | | |
|---|---|---|---|
| Inmate Name | JYQWAVOUS WHITAKER | Inmate ID | 1803038 |
| Created | 06/02/2021 9:11:01 am EDT | Request ID | 359165 |
| Location | 1-402T | Kiosk | H1 - 4R |
| Assigned To | D Harris | Kiosk ID | 7684 |
| Status | Not Reviewed | Status Entered | 06/07/2021 01:22:19 pm EDT |
| Status By | K Crews | Classification | (no classification assigned) |

**Grievance:** comissary is still refusing to pull our orders they keep saying they didnt know we was a medical unit when they brought our online orders i still have the reciepts. they been giving everybody else their store its not fair for us not to get ours i have talked to sargeants and lieutenants nobody has did nothing

**Admin Notes**

**Notes to Inmate**

| | | | |
|---|---|---|---|
| Inmate Name | JYQWAVOUS WHITAKER | Inmate ID | 1803038 |
| Created | 06/29/2021 5:08:21 pm EDT | Request ID | 369890 |
| Location | 1-402T | Kiosk | VV HU1 - 7 |
| Assigned To | (all) | Kiosk ID | 11988 |
| Status | New | Status Entered | (not answered) |
| Status By | (not answered) | Classification | (no classification assigned) |

**Grievance:** my family ordered hot meals online i never received them. They never received a refund or anything

**Admin Notes**

**Notes to Inmate**