IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JYQWAVOUS WHITAKER,<br><br>    Plaintiff,<br>v.<br><br>SHERIFF VICTOR HILL, in his individual and official capacities, as Sheriff of Clayton County Georgia and RAYMON SHEROD WINN, in his individual capacity, as a Clayton County Deputy Sheriff.<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:21-CV-03781-AT-JSA |

## DECLARATION OF JASON MARTIN
## UNDER PENALTY OF PERJURY

1.

My name is Jason Martin. I am over the age of eighteen (18) years and am suffering under no legal disability that would prevent me from providing this declaration made pursuant to 28 U.S.C. § 1746. I make this declaration having personal knowledge of the facts stated herein, and with the understanding that it will be used in the above-styled action.

2.

I currently serve as Major over Jail Administration at the Clayton County Sheriff's Office.

3.

Based on my review of Clayton County Sheriff's Office records, Jyqwavous was placed in disciplinary segregation for thirty-nine days in 2019.

4.

Inmates in disciplinary segregation do not have access to the Kiosk; however, they do have access to paper grievances and medical requests.

5.

There are correctional officers assigned to disciplinary segregation areas at all times.

6.

By my signature below, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed under penalty of perjury on this 3rd day of January, 2022.

_Major Martin 1515_
JASON MARTIN