IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JYQWAVOUS WHITAKER,

    Plaintiff,

v.

                                    CIVIL ACTION NO.
                                   1:21-cv-3781-AT

SHERIFF VICTOR HILL,

    Defendant.

## O R D E R

The parties have advised the Court that they wish this action be referred to a Magistrate Judge for mediation.

Accordingly, this case is hereby **REFERRED** to Chief United States Magistrate Judge Russell G. Vineyard for assignment to the next available United States Magistrate Judge for mediation. The assigned Magistrate will determine when the mediation is to be scheduled. Within two days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action pending the outcome of the mediation. In the event that the matter does not settle, the Parties are **DIRECTED** to file a joint notice with the Court within TWO (2) DAYS of the completion of mediation.

IT IS SO ORDERED, this 5th day of January  2023.

**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**